1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
IRA A. DAVES
4 Assistant United States Attorney
California Bar No. 156724
5 ERIKA JOHNSON-BROOKS
Assistant United States Attorney
6 California Bar No. 210908
     Room 7516, Federal Building
7      300 North Los Angeles Street
     Los Angeles, California 90012
8      Telephone: (213) 894-2443
     Fax: (213) 894-7819
9      E-Mail: Ira.Daves@usdoj.gov
     E-Mail: Erika.Johnson@usdoj.gov

Attorneys for Defendants Patti Irvin, Allandus Coates, Stacey Allen, Michael Wolever, Jesus Fernandez, M.D., Bruce Barton, M.D., Louis Sterling, Enrique Ortega and Lisa Dekker

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COPY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN M. GARCIA-MERINO, | No. SACV 06-0102-SVW(RCx) |
| Plaintiff, | |
| v. | |
| PATTI IRVIN, et al., | |
| Defendants. | Hon. Stephen V. Wilson<br>United States District Judge |

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT LOUIS STERLING

1 | Defendant Louis Sterling's Motion for Summary Judgment or,
2 | in the Alternative, Partial Summary Judgment came on regularly
3 | for hearing before this Court on August 4, 2008.

4 | After considering the moving and opposing papers, arguments,
5 | and all other matters presented to the Court,

6 | IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take
7 | nothing on his Complaint, that this action be DISMISSED in its
8 | entirety on the merits with prejudice, and that Defendant be
9 | awarded costs.

12 | DATED: 10/13/09

THE HON. STEPHEN V. WILSON
United States District Judge

Presented by:

DATED: June 6, 2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney


_____/s/_____
IRA A. DAVES
Assistant United States Attorney
Attorneys for Defendants

2